

**DENISE RODRIGUEZ, KARNES COUNTY DISTRICT CLERK**

MARY ANN SERENIL | ANGELICA REYES | NICOLE FENNER

## NOTIFICATION OF LATE RECORD

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/10/2015 9:53:54 AM
KEITH E. HOTTLE
Clerk

Court of Appeals No., if known:     04-15-00052-CV

Trial Court Style:   Billy C. Whitfield and Carolyn Whitfield Vs. Charles Thomas Ondrej, et al.

Trial Court No.:   12-10-00231-CVK

I am the official responsible for preparing the clerk's record in the above referenced appeal.
The approximate date of trial was:   January 8, 2015

The record was originally due:      March 9, 2015

I anticipate the length of the record to be:     3 Volumes, 796 Pages Total

I am unable to file the record by the due date the record is due because (check one)

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed
     to pay the fee or make arrangements to pay the fee for preparing the record.

☐ my other duties or activities preclude working on the record and include the following:
     (attach additional pages if needed)
_____

☑ Other.  Explain (attach additional pages if needed):   The Clerk's Record in this cause is complete and within e-filing parameters, however, numerous attempts to upload files to the TAMES Submission Portal have been unsuccessful.  The volumes' page count and file sizes are as follows: Volume 1 (325 pages, 63.5 mb), Volume 2 (396 pages, 94.1 mb), and Volume 3 (75 pages, 13.1 mb).  I have not been able to upload any of the files, even the smallest of them independently of the others, though have attempted to do so using multiple web browsers and both on-site and off-site high-speed web connections, and files are too large to send as email attachments.

I anticipate the record will be completed by:   Complete as of March 4, 2015, I am currently awaiting tech assistance or suggested acceptable alternative means of filing from the Fourth Court.  If the files must be further cut down in size, I estimate an additional 2-3 days following the suggestion of the Clerk to do so.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the Judgment or order being appealed.

Date:    March 10, 2015            Signature:  _Nicole A. Fenner_

                                    Printed name:    Nicole A. Fenner
                                    Title:    Deputy Clerk

## ACKNOWLEDGMENT
(to be completed by notary or court clerk)

State of Texas :
County of Karnes:

Before me, the undersigned authority, on this day personally appeared     Nicole Fenner     , known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date:    March 10, 2015            Signature:  _Denise Rodriguez_

                                    Printed Name:    Denise Rodriguez
                                    Title:    District Clerk